IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM KYSER,
GEOFFERY HARRIS, and
BILL PETERSON,
    Plaintiffs,

vs.	Case No.: 3:05cv235/LAC/EMT

S.M.G. and
FACILITY MANAGEMENT CORP. OF PENSACOLA,
    Defendants.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  By order of the court dated October 3, 2005 (Doc. 11), Plaintiffs were given until October 21, 2005 to file an amended complaint.  Plaintiffs failed to respond to the order, therefore, on November 15, 2005, the court issued an order requiring Plaintiffs to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 13).  The time for compliance with the show cause order has now elapsed with no response from Plaintiffs.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

    At Pensacola, Florida, this 21st day of December 2005.


                                  /s/ *Elizabeth M. Timothy*
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**