IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM KYSER,
GEOFFERY HARRIS, and
BILL PETERSON,
    Plaintiffs,

vs.                        Case No.: 3:05cv235/LAC/EMT

S.M.G. and
FACILITY MANAGEMENT CORP. OF PENSACOLA,
    Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 21, 2005. Plaintiffs have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

**DONE AND ORDERED** this 30th day of January, 2006.

                                        _s/L.A. Collier_
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**